## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

AMERITAS LIFE INSURANCE CORP.,

     Plaintiff,

     vs                        Civil Action No. 1:12-cv-547

DELAWARE VALLEY FINANCIAL     Judge Timothy S. Black
GROUP, INC., *et al.*,

     Defendants.

---

### CONDITIONAL ORDER OF DISMISSAL

---

     The Court having been advised by Magistrate Judge Wehrman that this civil action has been settled;

     It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

     The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

     **IT IS SO ORDERED**.

Date: 1/8/13

Timothy S. Black
United States District Judge